( Complaint
incident )

United States District Court
Northern District of New York

Jessie C. Engles
                    Plaintiff(s)

vs.

C.O. Bennett, C., etal
                    Defendant(s)

9:12-cv-998

Inmate Civil
Rights Complaint
Pursuant To
42 U.S.C. § 1983

Civil case no.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 20 2012
AT____O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Plaintiff(s), in the above-captioned
action, alleges, as follows:

Jurisdiction

1. This is a civil action seeking relief and/or damages
to defend and protect the rights guaranteed by the constitution
of the United States. This action is brought pursuant to 42
U.S.C § 1983. The Court has jurisdiction over this action
pursuant to 28 U.S.C. §§ 1331, 1343(3) & (4) and 2201.

Parties

2. Plaintiff: Jessie Christopher Engles
              Marcy Correctional Facility
              P.O. Box # 3600 (RMHU)
              Marcy, N.Y. 13403

3. a. Defendant: Chris Bennett
   Official Position: Correction officer.
   Address: Marcy Correctional facility
            P.O. Box # 3600 (RMHU)
            Marcy N.Y. 13403

4. b. Defendant: Kerry Crone
   Official Position: Sergeant
   Address: Marcy Correctional facility
            P.O. Box # 3600 (RMHU)
            Marcy, N.Y. 13403

— Continue on the next page —    1 of 8

c. Defendant: Robert Bause
Official Position: Correction Officer
Address: Marcy Correctional facility,
           P.O. Box #3600 (RMHU)
           Marcy, N.Y. - 13403

d. Defendant: ~~Sergeant~~. William ~~Sergeant~~ Snyder
Official Position: Lt.
Address: Marcy Correctional facility,
           P.O. Box #3600 (RMHU)
           Marcy, N.Y. 13403

e. Defendant: Lawrence Tamburrino
Official Position: Correction Officer
Address: Marcy Correctional facility
           P.O. Box #3600 (RMHU)
           Marcy N.Y. 13403

f. Defendant: which to preserve right ~~for~~ to
     ~~Sa~~ albany & all other Jane Does & John Doe
         presently unknown at this moment
         Doccs or medical personals.

G. Defendant: Brian Dougherty
Official Position: Correction Officer
   Address: Marcy Correctional facility,
           P.O. Box #3600 (RMHU)
           Marcy, N.Y. 13403

H. Defendants: & preserve right to include any
         and all other Jane Doe & John Doe
         OMH presently unknown at this time

4.       Place of present confinement

   a. Is there a prisoner grievance procedure at this
facility? (yes)

   b. If your answer to (4)a is yes, did you present the
facts relating to your complaint in this grievance program?
   ~~...~~. (No)
            — Continue on the next page — (2 of 8)

If your answer to 4(b) is no:

Why did you choose to not present the facts relating to your complaint in the prisoner's grievance program? I had experience numerous of forms of harassment & misconduct every time I filed any complaints regarding assault, the denial of medication or medical attention, freedom of information Law request, destruction of my personal or Legal mail etc, which I had proof in black & white regarding their misconduct and, which only made these prison officials continue to provoke & trigger my mental disorders and hurt me just so they can try to justify their actions & misconduct. which I came close to either killing myself or them killing me. So, I feared for further retaliation, when they told me they will stop the harassment & misconduct as long as I stop filing complaints and educated other offenders of their rights that they were also violating just as mines.

C. If there is no grievance procedure in your institution, did you complaint to prison authorities about the facts alleged in your complaint (?)
N/A

5) Previous Law suit

a. Have you ever filed any other lawsuits in any state & federal court relating to your complaint in such prison? (yes)

b. If your answer to 5(a) is yes you must describe any & all other lawsuits

(1) Parties to previous lawsuit: Jessie Engler v C.O. Ryan Rugari, etal

(2) Court: Northern District.

— Continue on the next page — (3 of 8)

③ Docket number <u>unknown at this present time</u>

④ Name of judge: <u>I just filed such claim</u>

⑤ Disposition ( dismissed? on appeal? (Still pending)

⑥ Approximate date of filing prior lawsuit?
<u>filed all three claims together, see attached</u> claim.

⑦ Approximately date of disposition: <u>Still active</u>

---

① Parties to previous Law suit: Plaintiff Jessie C.
Engles. Defendant C.O. mark Souza, etal

② Court: Northern District.

③ Docket number: ~~presently~~ <u>unknown</u>

④ Name of judge: Presently unknown

⑤ Disposition: I just recently filed before the court
, still active.

⑥ Approximate date of filing prior Law suit:
<u>see attached complaint</u> All 3 1983 were filed together.

⑦ Approximate date of disposition: <u>still active.</u>

---

<u>Statement of Facts</u>

6.
Set forth the basic of your case which substantiate
your claim of violation of my civil one or constitutional
rights.

— Continue on the next page —   (4 of 8)

## Statement of facts          (See Attached
                                Grievance Complaint)

Please be informed, on or about [redacted] 12-30-2011 at approximately 8:00 Am, I was [redacted] once again the subject of excessive use of force at Marcy Correctional facility and continuingly harassed & mistreated there after for over 2 months straight by prison officials and this residential mental Health unite.

My Hands was closed into the gate sheild door for no probably cause to with had cut my finger open to the white meat / bones & prison officials had medical staff nurses falsified medical records stating that it was only a superficial cut and don't need any stitches. Yet, when I was sent to the out side hospital at upstate medical center (Suny) the Dr. stated it need stitches, which he had provided. Thus, I was wrongfully denied proper medical attention by [redacted] medical staff.

This is and on going display of these prison officials complete lack of willing ness to follow the departmental rules and protocals; & the only reason why, I didn't file any grievance complaint in regards to this matter, is because I fear for further rehalations & I was told that they well let me be, if I start eaten my food while I was on a hunger strike due to my depression.

—Continued on the next page— 5 of 8

The Lt. Snyder, Sgt. Crane, and the above listed correction officer ▓▓ was all present during this ▓▓▓▓ incident. as state For my grievance complant

(7.) Causses of action

First cause of action

(1) Defendant violated Plaintiff his 1st Amendment rights to freedom of speach and the right to petition the Government for a redress of grievance, as set forth in the statement of facts, and for relitiation by both DOCC8. & Omh Staff which amount to Harassment & misconduct of Plaintiff state & federal constitutional right

(2) Second cause of action
Defendant violated Plaintiff 8th emendment emendment rights, of cruel & unusual punishment, by the use of excessive force & denial of Plaintiff fundamental — constitutional right protectes by federal law & state law, as set forth in the — Statement of fact.

(3) Theird cause of action
Defendant violated Plaintiff 14 — admendment rights of the Due process clause, as stated in the statement of fact clause, as stated in the statement of facts & complant & unde the American Deability Act.

(4) Forth cause of action of action.
Plaintiff request that his Declaration in the support of plaintiff motion for a temporay.

— continue on the next page — (6 of 8)

Restraing order of Plaintiff motions for a ~~Temporary~~ a Preliminary Injunction be granted ; a hearing be set as soon as practible in accordence to pre-established court ; state ; federal rules ; Law

~~When~~ Prayer of relief.

(5)   wherefore Plaintiff request this court grant the following relief:

Plaintiff request an order declaring that the defendant have acted in the violation of the united states constitution and plaintiff request that his Declaration in support of the TRO ; Preliminary Injunction motion be granted enlight of the the 3 enclosed 1983 motion grounds ; facts relating to these incident. as well as 10 million dollars for punitive ; compensatory Damages caused by these defendants actions with in this here complaint, and any othre actions the courts deem just ; proper.

I declare under penalty of perjury that the for going is true ; correct and this been going on fer off ; on since April 15, 2010 till now

Dated: June 11, 2012          Jessie Engler
      (Page: 5 of 8)                  Jessie Engler

Sworn to before me this
_____ day of _____    2012

_____

Notary Public

Marcy Correctional facility
(RMHU)
To: IGRC office
from: Jessie Ingles 09A0673 B1-14 cell
Date: Jan 09, 2012
Subject: "Harassment, excessive force & Denied
of proper medical attention." misconduct

Please be informed,
on December 30, at approx.
9:00 AM, I awoke to correction officials, verbally screaming
at another mental Health patient in this above RMHU
program, who, at the time locked in B1-15 cell named
Stephen J. Torma #09B1783, who they was verbally
threating he had to quickly pack all his cell
items so, he can be moved to the A1-side
company for what ever security reasons.
    After standing on my gate for a few minutes
to see if ~~~~~~ any type of misconduct by
staff official might happen that I can be a
witness to, I over heard those prison officials
, which are C.O. Robert Bause, C.O. Chris Bennett
& t. William Snyder & ~~ Sgt Kerry Crane and
other CO's..
    C.O. Bause started informing inmate Torma
that if he don't finish packing & allow him to cuff
him & escort him to his new cell, that he will be
extracted. Inmate Torma, replied, saying he
needed to get his glasses & Head phones from me,
with the copies of his employee Roster sheet, which he
let me hold. After the Sgt Denied this request, Torma
became mad & stopped agreeing to comply with the
cell change & the co's started threating him saying
they was going to extract him if needs be, which
Torma had states fine, that is what you have to do.
    Continue on the next page—(1 of 7)

After the other prison staff kept trying ~~unsucc~~ unsucessfully ████ for 5 minutes to place his hands out to be cuffed up, Inmate Torma states for them to go suit up for the extraction he is tired of them messing with, trying to take an advantage of him. ████████

At this time, I tried to talk to Torma, in his trouble state of mind in an attempt to explain him of his correct rights as an OMH patient/offender, to get him to comply with staff orders, being that I've known him for over a year, has a decent rapport with him.

So when I heard the officer Robert Bause informing enmate Torma that they don't need to suit up, to extract him, because he is not a threat, I step up informing Torma that in accordence to staff procedures of departmental regulation, they have to offer you your right to speak to an OMH counselor, before they suit up, extract you, after you explain everything to the OMH whats cause your trouble state of mind, just comply with the cell change and I will get his stuff I had of his to him another way.

At this time, C.O. Chris Bennett snuck up along the wall cell door area, Slamed the cell door shield closed on my fingers with out me realizeing it was too late to react, when the shield got jamored in my fingers C.O. Chris Bennett pull it back open, and let me pull my hands in, so it can be shut all the way.

I showed him the extent of my injuries he caused to my ● left middle finger, which was cut deep enough to see torn what, legaments, a white part which I believe was my bone, and I told

(dated 1-9-12)         Page 2 of 7

hem I'm requesting to speak to OMH counselor & medical nurse at that time, which he denied me, which Sgt Kerry Crane & Lt. William Snyder, along with other stated officers were all present during the time of this incident & also denied by not addressing either.

After Screaming for medical emergency for over a hour; for OMH counselor, and informing CO. Robert Bause during his round; Still being denied, I waited for the noon meds trays to be served, and once I received my tray I was forced to hold my slot just to get medical attention, which the same officers & higher ranking official was all part in trying to deny me such right.

After 30 or more minutes I was escorted to the nursing station, to be seen by medical nurse who waived her professional judgement of my injuries, in an attempt to keep this incident in house, by stating its just superficial and don't need any stitches, just to be cleaned & bandaged up which I believe was instructed by DOCS staff to do for them, to prevent the serious- ness of my injuries from being properly noted.

After being placed in the holding pens, so the nurse can finish cleaning & treating my hand injuries I ask the Sgt Crane & Lt Snyder this won't stop me from going to my OMH programing, being that I didn't react negatively in a violent way, which they both assured me would not, as long as I don't get into any violent conduct with them.

As inmate patient was being escorted to OMH program I informed them in short to please write to the inspector Generals offices, informing them

(Dated 1-9-12)    (Page 3 of 7)

of my incident because the medical nurse is not trying to give me proper ~~medical~~ medical care treatment, so they can investigate this incident misconduct; to request that video cameras of this incident be preserved for further legal actions because they ( the facility administration) has been tampering, and destroying or delaying or not processing alot of my own grievance forms, foil request, inter-departmental mail, or to commissions or other legal agency; I want to make sure this issue is preserved.

After being escorted back to my cell the Lt Snyder, informed me he is denying me of my right to 4 hours of OMH program, due to my request made to other mental health patient to twilight to I.G. office in regards to this incident which he claims was taking as an act to incite a riot, or become a problem, which I requested to speak to OMH staff which was denied. ~~So, I did~~ not comply with allowing them to take off the cuffs, because of past experience with them, once the cuffs are off; I'm lock & secure in a cell, they will ignore my issue until I actually, hang up or try to hurt myself; I was trying to prevent that from happening.

When OMH nurse come, I informed him of what triggered my anger; what happen to my inquiry; how long this harassment has been going on, which his only concerns was getting me to let the officers uncuff me; which I told him these cuffs are staying on me, unless he admitts me to RCTP, because I'm going to

(Dated 1-9-12)        ( Page 4 of 7 )

really hurt myself, because I'm getting tired of the abouse these prison officals are doing to me, or they are going to have to extract me for the cuffs. OMH nurse, along with prison staff had told me he will send me to omH RCTP — observation cell to prevent any further incident as long as I gave up the cuffs.

After 2 hours of waiting in my cell for DOCS staff to take me to RCTP stripped cell, after giving up the cuffs, I was taken to RCTP. While there, shortly after being admitted, nurse Brian Daugherty, had come to give me my pain killers medication which I showed him my cut on my finger asking him for his medical decision which I ask him to please do the right thing in helping me get it treated properly.

At this time nurse Daugherty, stated, what did the prior nurse state on the 7-3 shift who seen you, which I replied, she stated was only a superficial laceration, but as you can clearly see, this needs to be stitched up, which she clearly denied which is why I'm reporting this enquiry to be addressed, at this time nurse Daugherty, started being sarcastic, stating well, now you want my help, after you done wrote me up in your grievances, which I replied, I'm only asking you to do your job, if you didn't deprieve me medical care in the first place, I wouldn't have no issues to preserved in the first place. which nurse Brian — Daugherty, relied saying well have a nice time trying to get you finger address, which I responded by saying I'm going to see you again for being —

negligence in failing to address this issue too, & that will be another complaint I'll be preserving.

At this time, Nurse Brian Daughtrty became mad stating on video camera that he don't give a fuck what I filed & to have a good luck trying to filed it, ~~████████~~ and ~~████████~~ than I replied, you do realize you are on tape & I will get a copy of this tape preserved on my foil request, which he replied, well what happen last time you tried that, and at first I was shock he knew, and I stated what you mean, Nurse Daughtrty, replied saying, what happen the last time you filed your grievance & foil request, did you got a response rpt & walked off.

~~████~~ At around 6:PM ~~to~~ 7:00PM, he come to give me my ~~Asthma~~ - pump, which he gave me in the RCTP stripped cell, where he knows I can't have such & which Sgt Kerry Crane knew I couldn't have due to my ~~████~~ earlier statements of selfharm, and they stilled gave it to me so, I broke the Asthma pump metal in half and started using it to cut up to try & Kill myself. But After realizing it wasn't sharp enough to cut through to my vans, I end up stucking up my anus, until I can break it down small enough can swollen. or got sharpen to do more damages.

While in the Dry cell watch, I was further harass by staff c.o. David cole, c.o. Sean wiggin, Capt J. Harper and other c.o's all was stating certain things to clearly trying to provoke & trigger an

(Dated 1-9-12)            page 5 of 8

violent conduct on my part, which I had ended up doing just so I can speak to OMH nurses or staff.

So I started holding my Slot open, and refusing to give up my usual tube back, telling them to let me speak to OMH & I wanted to get extracted, because they kept harassing me, & because after my numerous attempts in informing OMH personnels of this harassment & their clear involvement to an extent, & failed attempt to redress my issues during treatment teams meeting with DOCS personels, and my not being any OMH medications that I once was on before my last suicide attempts, I started losing control and was easily provoke by prison officials into getting misbehavior reports, & negative informational reports.

Action seeking: I'm requesting that all video cameras be preserved for further investigation & legal actions reasons of B1-gallery CS 39 video camera & audio box #MS 26 on 12-30-11 at approx. 9:00AM until 4:00Pm. including nursing station video cameras, an cameras outside RMHU Bubble post stations and at approx. 12:Pm till 2:00Pm on 12-30-11 and RMHU-RCTP gallery infront of observation cell #3 at approx. 3:30-till 7:30 as my proof of evidence, & inmate witness Stephen J Torma #07B1783, Paul Smith 07B0775, & other patients in RMHU, as well as all prison official stated herein envestigated & repremanded for their misconducts.
cc. filed/I.G.
Jessie Ingle
( Page 7 of 7 )   Dated 1-9-12

Sworn to before me this ___ day of ___ 2012
notary public officer

Marcy Correctional Facility,
R M H U

To: I G R C office
From: Jessie Engles  09A0673  B1-14 cell
Date: Jan. 11, 2012
Subject: (Harassment; misconduct of cell searches)

Please note,

During 12, 5, 2011 till Jan 5, 12 my cell has been search 4 or more times, but on or about 12-28-11 & 12-30-11 C.O. Robert Bouse has thoroughly on both days; even mades such comments since then about certain legal motions I've filed in courts relating to other encidents or personal things my sister wrote me in one of her letters which lets me know he has read my legal documents / atleast portions thereof.

How ever on 12-28-11 all C.O R. Bouse listed on the contraband form was extra sheet, pole, fishing lines; pictures on wall, But on 12-30-11 he list extra head phones; alleged to have found a mirror from general population, which I believe he had to plant in my cell as & attempt to harass & scare me from further legal action in my Harassment & misconduct court of claims motion / notice of intent I've filed complaining of DOC S & om H staff, because he & other prison officials stated that I won't even get a ticket for it nor & new charge & I don't see no other reasons for lying about fending that in my cell when I've being detain in this facility for 11 months & been search, strepped search, X-Rays of Abs area, etc. numerous of times with no problems.

( Continue on the next page - 1 of 2 )

Plus on or about 10-13-11, I've filed an grievance with IGRC about threats made by CO. Rugari about killing me during a cell extraction & stating he well plant a weapon in my cell to ▓▓▓▓ Justifies the deadly force in his written reports & CO. Sean Wiggins co-signed his threats, However, the facility IGRC Supervisor stated she never received these complaints which prolonged the delay of it being process & investigated. But on 12-29-2011, Sgt Kerry Crane come to investigate such complaint on on 12-30-11 7:00Am to 3:00Pm Shift, Sgt K. Crane was the Area Supervisor of RMHU when the cell search was order that CO R. Bause allege to have found this alleged mirror contraband. And I don't believe in coincidence.

And furthermore, on 12-30-11 & Jan 5, 2012 searches, on either dates numerous of my personal own items such as, cosmetic, stamps Books (10), Numerous of directive (12 total) DOCS Employees Rosters list of Marcy cor. fac. (RMHU) & of OMH staff along with over 100 pages of legal documents was taken/destroy or misplaced but wasn't even listed on the contraband form (Between 100-to-300 pages total)

Action seeking: I'm requesting that my cell start being searched in my presence or with a hand held security camera to record everything & that these offices be investigated & repurmanded for their action CO. Robert Bause, & CO. Jeremy Griffith, & CO Sean Wiggins for Jan 5, 12 cell search of why a trash con▓▓ ben was taken into my cell during these searches & Sgt Kerry Crane. Jessie Ingle

(cc file/JE)         (page 2of2)(1-11-12 Dated)

BRENT L. ROGERS
Notary Public in the State of New York
Qualified in Madison County 01RO6207220
My Commission Expires March 9, 2020

Sworn to before me this
13th day of January 2012